BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Defendant. | CASE NO. 1:14-CR-00201 & 1:10-CR-260 LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING AND DISPOSITION AND EXTEND THE TIME FOR THE GOVERNMENT TO FILE A RESPONSE TO THE DEFENDANT'S SENTENCING MEMORANDUM |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the defendant, that the sentencing and disposition set for February 9, 2015 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to February 23, 2015, at 8:30 a.m., and that the government's due date for its response to the defendant's sentencing memorandum be extended to Friday, February 13, 2015. The government received the defendant's sentencing memorandum on Monday, February 2, 2015.. The undersigned AUSA is taking a friend to a medical appointment at Stanford Medical Center on February 3, 2015, and is working part-time as she is on maternity leave. As such, the government will be unable to complete a review of and response to the defendant's sentencing memorandum (if needed) by Wednesday at noon. The government contacted the defendant's attorney and requested an extension until 2/11 with the hearing being continued until 2/17/15. The defendant requested that unless the government could file any response by 2/9, that the hearing be

Stipulation                                                                 1

continued to 2/23. Given the length of the defendant's sentencing memorandum and other matters on the government's schedule, the government requests until Friday, February 13, 2015 to review and respond if necessary.

Dated: February 2, 2015                              Respectfully submitted,

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

                                                  By     /s/ Kimberly A. Sanchez
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant U.S. Attorney

Dated: February 15, 2015                             /s/ Peggy Sasso
                                                              PEGGY SASSO
                                                              Attorney for Defendant

IT IS SO ORDERED.

   Dated:   **February 3, 2015**                        **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE