UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | OLD CASE NO: 1:14-CR-00201-DAD-BAM<br>NEW CASE NO: 1:14-CR-00201-LJO-BAM<br><br>ORDER REASSIGNING CASE |

The above-captioned case recently was reassigned automatically from District Judge Lawrence J. O'Neill and Magistrate Judge Sheila K. Oberto to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe for all purposes to balance this Court's caseloads. However, due to the pending motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, Docs. 24 & 27, the fact that District Judge Lawrence J. O'Neill was the sentencing judge, and to avoid Court resource duplication, the above-caption action is REASSIGNED from District Judge Dale A. Drozd to District Judge Lawrence J. O'Neill for all purposes. Judge Barbara A. McAuliffe shall remain the assigned magistrate judge. The new case number for this action, which must be used on all documents filed with the court, is:     **1:14-CR-00201-LJO-BAM**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

**IT IS SO ORDERED**
**Dated: December 9, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**

**IT IS SO ORDERED**
**Dated: December 9, 2015**

                                    **/s/ Dale A. Drozd**
                                    **United States District Judge**