# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:14-CR-00201-LJO-BAM-1<br>1:15-CV-01216-LJO<br><br>ORDER TO SHOW CAUSE RE: GOVERNMENT'S FAILURE TO RESPOND TO THE COURT'S 3/30/2016 ORDER |

On March 30, 2016, this Court directed the Government to respond to Petitioner Fausto Arthur Cruz-Hernandez ("Petitioner")'s allegation that defense counsel rendered ineffective assistance of counsel for failing to file a requested notice of appeal. Doc. 34. The Court ordered the Government to respond within twenty days. *Id*. Over one week has elapsed since the deadline expired, without any response from the Government. Accordingly, the Government is **ORDERED TO SHOW CAUSE IN WRITING,** on or before May 5, 2016, why the Court should not, pursuant to *United States v. Sandoval-Lopez*, 409 F.3d 1193 (9th Cir. 2003), (1) grant Petitioner's motion pursuant to 28 U.S.C. § 2255 on the limited issue of defense counsel's failure to file the requested notice of appeal, and (2) vacate the judgment for the limited purpose of re-entering judgment to trigger a renewed time for filing a notice of appeal.

IT IS SO ORDERED.

Dated: **April 28, 2016**                     /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE