IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>         Defendant. | CASE NO.  1:14-CR-00201 LJO<br><br>**ORDER FINDING WAIVER OF DEFENDANT'S ATTORNEY-CLIENT PRIVILEGE AND ALLOWING COUNSEL TO PROVIDE INFORMATION TO GOVERNMENT AND DECLARATION TO COURT**<br><br>COURT: Hon. Lawrence J. O'Neill |

Good cause appearing, the Court hereby FINDS that the defendant, through his Motion filed in this matter pursuant to 28 U.S.C. § 2255, has waived the attorney-client privilege between himself and his former counsel, Peggy Sasso, Assistant Federal Defender, with regard to all matters raised in the defendant's motion.

IT IS HEREBY ORDERED that former defense counsel, Peggy Sasso, is permitted to discuss the claims raised in the defendant's section 2255 motion with the Government and file a declaration with the Court detailing her conversations with and advice to the defendant regarding all claims raised in the defendant's section 2255 Motion.

IT IS SO ORDERED.

   Dated:   **May 4, 2016**                     /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE