IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Defendant. | CASE NO. 1:14-CR-00201 LJO<br><br>**AMENDED ORDER FINDING WAIVER OF DEFENDANT'S ATTORNEY-CLIENT PRIVILEGE**<br><br>COURT: Hon. Lawrence J. O'Neill |

Good cause appearing, the Court hereby FINDS that the defendant, through his Motion filed in this matter pursuant to 28 U.S.C. § 2255, has waived the attorney-client privilege between himself and his former counsel, Peggy Sasso, Assistant Federal Defender, with regard to all matters raised in the defendant's motion.

Accordingly, the Court HEREBY ORDERS as follows:

1. Petitioner's former counsel, Peggy Sasso, is ORDERED to file a response addressing petitioner's allegation of ineffective assistance of counsel based on petitioner's allegation that she did not file a notice of appeal on his behalf as he requested, within thirty days of the date of service of this order; and,

2. The government shall have 14 days thereafter to respond to the defendant's motion in light of former counsel's filing or shall notify the Court that no response will be forthcoming; and

///

3. The Clerk of the Court is DIRECTED to serve this order on Petitioner's former counsel, Ms. Sasso, and Petitioner. Petitioner is to be served at the address listed on the motion for relief from judgment.

IT IS SO ORDERED.

Dated: **May 5, 2016**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE