# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:14-CR-00201-LJO-BAM-1<br>1:15-CV-01216-LJO<br><br>ORDER DIRECTING SERVICE OF THE GOVERNMENT'S FILINGS (DOCS. 42, 45) ON PETITIONER AND AUTHORIZING PETITIONER TO REPLY |

Petitioner Fausto Arthur Cruz-Hernandez ("Petitioner"), a federal prisoner proceeding *pro se*, has moved to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 27. Petitioner has alleged, *inter alia*, that his former counsel Peggy Sasso ("Sasso") rendered ineffective assistance of counsel for failing to file a notice of appeal where he had "reasonably demonstrated to counsel that he was interested in appealing." Doc. 27 at 24, 36-37 (citing *Roe v. Flores-Ortega*, 528 U.S. 470, 480 (2000)).

On March 30, 2016, the Court ordered the Government to respond to Petitioner's argument, with relevant authority, as to: (1) whether it believes that an evidentiary hearing or any other evidentiary showing is necessary as to the limited issue of Sasso's alleged failure to the requested

notice of appeal; and (2) whether it objects to the Court vacating and reentering the judgment to allow the appeal to proceed. Doc. 34. This order authorized a reply from Petitioner. *Id.* at 3.

Because the Government failed to respond to the Court's order by the deadline specified therein, the Court issued an order to show cause requiring the Government to respond in writing no later than May 5, 2016. Doc. 35. On May 5, 2016, the Government requested that the Court find a waiver of Petitioner's attorney-client privilege with regard to all matters raised in Petitioner's § 2255 motion, and that the Court order Sasso to file a response addressing Petitioner's allegations against her. Doc. 38. The Court granted the Government's request on the same day. Doc. 39.

On June 3, 2016, Sasso filed a sworn declaration attesting that she was "not aware either prior to or after sentencing that he wished to file an appeal notwithstanding the appellate waiver in his plea agreement." Doc. 42. On June 24, 2016, the Government filed an additional opposition brief[1] specifically addressing Petitioner's allegation against Sasso. Doc. 45.

Upon review of the docket, the Court notes that there is no proof of service indicating that either Sasso's declaration (Doc. 42) or the Government's most recent brief (Doc. 45) has been served on Petitioner. Therefore, the Court **HEREBY ORDERS** that:

1. The Clerk of Court serve on Petitioner copies of Sasso's declaration (Doc. 42) and the Government's most recent brief (Doc. 45);
2. Petitioner is explicitly authorized to file a reply to Sasso's declaration (Doc. 42) and the Government's opposition brief (Doc. 45). Petitioner's reply is due no later than **September 21, 2016**.

IT IS SO ORDERED.

Dated: **August 1, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Government filed a duplicative, identical brief on the same day. Doc. 44.