# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO ARTHUR CRUZ-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:14-CR-00201-LJO-BAM-1<br>1:15-CV-01216-LJO<br><br>ORDER CORRECTING FACTUAL RECORD RE SERVICE OF DOCUMENTS ON PETITIONER |

Petitioner Fausto Arthur Cruz-Hernandez ("Petitioner"), a federal prisoner proceeding *pro se*, has moved to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 27. Petitioner has alleged, *inter alia*, that his former counsel Peggy Sasso ("Sasso") rendered ineffective assistance of counsel for failing to file a notice of appeal where he had "reasonably demonstrated to counsel that he was interested in appealing." Doc. 27 at 24, 36-37 (citing *Roe v. Flores-Ortega*, 528 U.S. 470, 480 (2000)).

On March 30, 2016, the Court ordered the Government to respond to Petitioner's argument, with relevant authority, as to: (1) whether it believes that an evidentiary hearing or any other evidentiary showing is necessary as to the limited issue of Sasso's alleged failure to the requested

notice of appeal; and (2) whether it objects to the Court vacating and reentering the judgment to allow the appeal to proceed. Doc. 34. This order authorized a reply from Petitioner. *Id.* at 3.

Because the Government failed to respond to the Court's order by the deadline specified therein, the Court issued an order to show cause requiring the Government to respond in writing no later than May 5, 2016. Doc. 35. On May 5, 2016, the Government requested that the Court find a waiver of Petitioner's attorney-client privilege with regard to all matters raised in Petitioner's § 2255 motion, and that the Court order Sasso to file a response addressing Petitioner's allegations against her. Doc. 38. The Court granted the Government's request on the same day. Doc. 39.

On June 3, 2016, Sasso filed a sworn declaration attesting that she was "not aware either prior to or after sentencing that [Petitioner] wished to file an appeal notwithstanding the appellate waiver in his plea agreement." Doc. 42. On June 24, 2016, the Government filed an additional opposition brief[1] specifically addressing Petitioner's allegation against Sasso. Doc. 45.

Upon review of the docket, the Court initially noted that the docket did not contain proof of service indicating that either Sasso's declaration (Doc. 42) or the Government's most recent brief (Doc. 45) had been served on Petitioner. Therefore, on August 1, 2016, the Court ordered the Clerk of Court to serve both documents on Petitioner. Doc. 46 (docketed August 2, 2016). It has since been brought to the Court's attention that Sasso's declaration was served upon Petitioner by U.S. Mail on June 3, 2016. *See* Doc. 42. The Court enters this order simply to correct the factual record. The deadlines set forth in the August 1, 2016 Order (Doc. 46) remain unchanged.

IT IS SO ORDERED.

Dated:   **August 3, 2016**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES CHIEF DISTRICT JUDGE

---

[1] The Government filed a duplicative, identical brief on the same day. Doc. 44.

2