1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00201-JLT-BAM |

12 | Plaintiff, |

13 | | [PROPOSED] ORDER GRANTING WITH MODIFICATIONS UNITED STATES' MOTION FOR BRIEFING SCHEDULE |

14 | v. |

15 | FAUSTO CRUZ HERNANDEZ, |

16 | Defendant. |

17

18     In accordance with the Court's General Order Number 670, the defendant's *pro se* motion for a

19 sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the retroactive application of Amendment

20 821 to the United States Sentencing Guidelines, was referred to the Federal Defender's Office for

21 determination of assuming representation of the defendant. ECF No. 54. The Federal Defender's Office

22 subsequently declined representation of this defendant. Accordingly, the United States filed a motion

23 requesting the Court set a briefing schedule.

24 ///

25 ///

26 ///

27 ///

28 ///

                                                    1

IT IS HEREBY ORDERED that the United States' request for a briefing schedule is GRANTED. The United States is ordered to respond to the defendant's *pro se* motion within 30 days from the date of this Order. The defendant's reply brief, if any, shall be filed no later than 30 days after the filing of the government's response.

IT IS SO ORDERED.

Dated: **December 20, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE